# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.V. HOMES INC., *Plaintiff*, | : : : | CIVIL ACTION NO. 20-2984 |
| v. | : : | |
| STEVE A. FREMPONG and AGNES FREMPONG, *Defendants*. | : : : | |

## ORDER

AND NOW, this 12th day of March, 2021, upon consideration of Steve A. Frempong's Petition for Leave of Court to File Notice of Removal (ECF No. 2 at 3–8), the Frempongs' Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and the Frempongs' Notice of Removal (ECF No. 2 at 9–11), it is hereby **ORDERED** as follows:

1. Steve A. Frempong's Petition for Leave of Court to File Notice of Removal is **GRANTED**.

2. The Frempongs' Motion to Proceed *In Forma Pauperis* is **GRANTED**.

3. This case shall be **REMANDED** forthwith to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

4. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.